IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK OTIS NELSON,

        Petitioner,                 No. CIV S-09-2075 GEB DAD P

   vs.

JOHN W. HAVILAND, Warden,

        Respondent.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In accordance with the court's August 4, 2009 order, petitioner has filed an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  <u>See</u> 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Petitioner's August 24, 2009 application to proceed in forma pauperis (Doc. No. 5) is granted;

1        2.  Respondent is directed to file a response to petitioner's habeas petition within

2 sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer

3 shall be accompanied by all transcripts and other documents relevant to the issues presented in

4 the petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

5        3.  If the response to the habeas petition is an answer, petitioner's reply, if any,

6 shall be filed and served within thirty days after service of the answer;

7        4.  If the response to the habeas petition is a motion, petitioner's opposition or

8 statement of non-opposition to the motion shall be filed and served within thirty days after

9 service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days

10 thereafter; and

11        5.  The Clerk of the Court shall serve a copy of this order, a copy of the petition

12 for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a copy of the form regarding consent

13 or request for reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

14 DATED: November 6, 2009.

15

16 _____

17 DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

18 DAD:9
nels2075.100

19

20

21

22

23

24

25

26

2